

**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 22 2005
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Binghamton

August 18, 2005

Mr. Larry Baerman, Clerk
United States District Court
225 Federal Bldg
15 Henry Street
Binghamton, NY 13901

IN RE: MDL DOCKET No. 1456  In Re: Pharmaceutical Industry Average
Wholesale Price Litigation
USDC - Massachusetts Lead Case No. 1:01CV12257-PBS
Your Case: Civil Action No: 7:05-cv-00715 The County of Jefferson v. Abbott Laboratories, Inc. et al
District of MA No: 1:05-cv-11704 PBS

Dear Mr. Baerman :

Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Patti B. Saris.

In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, ✶ along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records to the above address.

Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9113, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at 617-748-9178.

Sincerely,

Kimberly M. Abaid
Deputy Clerk

Information Copy to:    Michael Beck, Clerk of the Panel
Counsel of Record
Robert Alba
Christine Patch

I hereby certify on _____ that the foregoing document is a full and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☒ original filed in my office on _____
Sarah A. Thornton,
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED JUL 26 2005

FILED
CLERK'S OFFICE

**DOCKET NO. 1456**

2005 AUG 15 P 2:52

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

U.S. DISTRICT COURT
DIST. OF MASS

*IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE
LITIGATION*

*The County of Madison v. Abbott Laboratories, Inc., et al.,* N.D. New York,
C.A. No. 5:05-714
*County of Jefferson v. Abbott Laboratories, Inc., et al.,* N.D. New York,
C.A. No. 7:05-715

### CONDITIONAL TRANSFER ORDER (CTO-24)

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 58 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 30, 2002, 201 F.Supp.2d 1378 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

| | |
|---|---|
| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>AUG 11 2005<br><br>CLERK'S OFFICE<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>*Michael J. Beck*<br>Michael J. Beck<br>Clerk of the Panel |

CLOSED

# U.S. District Court
## Northern District of New York [LIVE - Version 2.5] (Syracuse)
### CIVIL DOCKET FOR CASE #: 5:05-cv-00714-NAM-DEP
Internal Use Only

The County of Madison v. Abbott Laboratories, Inc. et al
Assigned to: Judge Norman A. Mordue
Referred to: Magistrate Judge David E. Peebles
Cause: 42:1396 - Tort Negligence

Date Filed: 06/08/2005
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**The County of Madison**  represented by  **Aaron D. Hovan**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: ahovan@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanne M. Cicala**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: jcicala@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roger W. Kirby**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: iramirez@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Abbott Laboratories, Inc.**

**Defendant**

**Agouron Pharmaceuticals, Inc.**

**Defendant**

**Alcon Laboratories, Inc.**

**Defendant**

**Allergan, Inc.**

**Defendant**

**Alpharma, Inc.**

**Defendant**

Amgen, Inc.

**Defendant**
Andrx Corp.

**Defendant**
Astrazeneca Pharmaceuticals L.P.

**Defendant**
Aventis Pharmaceuticals, Inc.

**Defendant**
Barr Laboratories, Inc.

**Defendant**
Bayer Corp.

**Defendant**
Ben Venue Laboratories, Inc.

**Defendant**
Biogen Idec, Inc.

**Defendant**
Biovail Pharmaceuticals, Inc.

**Defendant**
Boehringer Ingelheim Corp.

**Defendant**
Boehringer Ingelheim Pharmaceuticals, Inc.

**Defendant**
Bristol-Meyers Squibb Company

**Defendant**
Dermik Laboratories, Inc.

**Defendant**
Dey, Inc.

**Defendant**
Eisai, Inc.

**Defendant**
Eli Lilly and Company

**Defendant**
Endo Pharmaceuticals, Inc.

**Defendant**
Ethex Corp.

**Defendant**
Forest Laboratories, Inc.

**Defendant**
Forest Pharmaceuticals, Inc.

**Defendant**
Fujisawa Healthcare, Inc.

**Defendant**
Fujisawa USA, Inc.

**Defendant**
Genentech, Inc.

**Defendant**
Genzyme Corp.

**Defendant**
Glaxosmithkline, P.L.C.

**Defendant**
Greenstone, Ltd.

**Defendant**
Hoffman-La Roche, Inc.

**Defendant**
Immunex Corp.

**Defendant**
Ivax Corp.

**Defendant**
Ivax Pharmaceuticals, Inc.

**Defendant**
Janssen Pharmaceutica Products, LP

**Defendant**
Johnson & Johnson

**Defendant**
King Pharmaceuticals

**Defendant**
McNeil-PPC, Inc.

**Defendant**
Medimmune, Inc.

**Defendant**
Merck & Co., Inc.

**Defendant**
Monarch Pharmaceuticals, Inc.

**Defendant**
Mylan Laboratories, Inc.

**Defendant**
Mylan Pharmaceuticals, Inc.

**Defendant**
Novartis Pharmaceuticals Corp.

**Defendant**
Novo Nordisk Pharmaceuticals, Inc.

**Defendant**
Oncology Therapeutics Network Corp.

**Defendant**
Organon Pharmaceuticals USA, Inc.

**Defendant**
Ortho Biotech Products LP

**Defendant**
Ortho-McNeil Pharmaceutical, Inc.

**Defendant**
Par Pharmaceutical, Inc.

**Defendant**
Pfizer, Inc.

**Defendant**
Pharmacia Corp.

**Defendant**
Purdue Pharma, L.P.

**Defendant**
Purepac Pharmaceutical Co.

**Defendant**
Reliant Pharmaceuticals

**Defendant**
Roche Laboratories, Inc.

**Defendant**
Roxane Laboratories, Inc.

**Defendant**
Sandoz, Inc.

**Defendant**
Sanofi-Synthelabo, Inc.

**Defendant**
Schering Corp.

**Defendant**
Schering-Plough Corp.

**Defendant**
Serono, Inc.

**Defendant**

**Smithklinebeecham Corp.**
*doing business as*
Glaxosmithkline

<u>Defendant</u>

**Takeda Pharmaceuticals North America, Inc.**

<u>Defendant</u>

**Tap Pharmaceutical Products, Inc.**

<u>Defendant</u>

**Teva Pharmaceutical USA, Inc.**

<u>Defendant</u>

**UCB Pharma, Inc.**

<u>Defendant</u>

**UDL Laboratories, Inc.**

<u>Defendant</u>

**Warrick Pharmaceuticals Corp.**

<u>Defendant</u>

**Watson Pharma, Inc.**

<u>Defendant</u>

**Watson Pharmaceuticals, Inc.**

<u>Defendant</u>

**Wyeth**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2005 | 1 | COMPLAINT against Alcon Laboratories, Inc., Allergan, Inc., Alpharma, Inc., Amgen, Inc., Andrx Corp., Astrazeneca Pharmaceuticals L.P., Aventis Pharmaceuticals, Inc., Barr Laboratories, Inc., Bayer Corp., Ben Venue Laboratories, Inc., Biogen Idec, Inc., Biovail Pharmaceuticals, Inc., Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Bristol-Meyers Squibb Company, Dermik Laboratories, Inc., Dey, Inc., Eisai, Inc., Eli Lilly and Company, Endo Pharmaceuticals, Inc., Ethex Corp., Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Genentech, Inc., Genzyme Corp., Glaxosmithkline, P.L.C., Greenstone, Ltd., Hoffman-La Roche, Inc., Immunex Corp., Ivax Corp., Ivax Pharmaceuticals, Inc., Janssen Pharmaceutica Products, LP, Johnson & Johnson, King Pharmaceuticals, McNeil-PPC, Inc., Medimmune, Inc., Merck & Co., Inc., Monarch Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Novartis Pharmaceuticals Corp., Novo Nordisk Pharmaceuticals, Inc., Oncology Therapeutics Network Corp., Organon Pharmaceuticals USA, Inc., Ortho Biotech Products LP, Ortho-McNeil Pharmaceutical, Inc., Par Pharmaceutical, Inc., Pfizer, Inc., Pharmacia Corp., Purdue Pharma, L.P., Purepac Pharmaceutical Co., Reliant Pharmaceuticals, Roche Laboratories, Inc., Roxane Laboratories, Inc., Sandoz, Inc., Sanofi-Synthelabo, Inc., Schering Corp., Schering-Plough Corp., Serono, Inc., Smithklinebeecham Corp., Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Teva Pharmaceutical USA, Inc., UCB Pharma, Inc., UDL Laboratories, Inc., Warrick Pharmaceuticals Corp., Watson Pharma, Inc., Watson Pharmaceuticals, Inc., Wyeth, Abbott Laboratories, Inc., Agouron Pharmaceuticals, Inc. ( Filing fee $ 250 receipt number ALB000911) filed by The County of Madison. (Attachments: # 1 Exhibit(s) A# 2 Exhibit(s) B# 3 Exhibit(s) C# 4 Exhibit(s) D# 5 Exhibit(s) E)(ban) (Entered: 06/09/2005) |
| 06/08/2005 |  | Summons Issued as to Alcon Laboratories, Inc., Allergan, Inc., Alpharma, Inc., Amgen, Inc., Andrx Corp., Astrazeneca Pharmaceuticals L.P., Aventis Pharmaceuticals, Inc., Barr Laboratories, Inc., Bayer Corp., Ben Venue Laboratories, Inc., Biogen Idec, Inc., Biovail Pharmaceuticals, Inc., Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Bristol-Meyers Squibb |

| | | |
|---|---|---|
| | | Company, Dermik Laboratories, Inc., Dey, Inc., Eisai, Inc., Eli Lilly and Company, Endo Pharmaceuticals, Inc., Ethex Corp., Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Genentech, Inc., Genzyme Corp., Glaxosmithkline, P.L.C., Greenstone, Ltd., Hoffman-La Roche, Inc., Immunex Corp., Ivax Corp., Ivax Pharmaceuticals, Inc., Janssen Pharmaceutica Products, LP, Johnson & Johnson, King Pharmaceuticals, McNeil-PPC, Inc., Medimmune, Inc., Merck & Co., Inc., Monarch Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Novartis Pharmaceuticals Corp., Novo Nordisk Pharmaceuticals, Inc., Oncology Therapeutics Network Corp., Organon Pharmaceuticals USA, Inc., Ortho Biotech Products LP, Ortho-McNeil Pharmaceutical, Inc., Par Pharmaceutical, Inc., Pfizer, Inc., Pharmacia Corp., Purdue Pharma, L.P., Purepac Pharmaceutical Co., Reliant Pharmaceuticals, Roche Laboratories, Inc., Roxane Laboratories, Inc., Sandoz, Inc., Sanofi-Synthelabo, Inc., Schering Corp., Schering-Plough Corp., Serono, Inc., Smithklinebeecham Corp., Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Teva Pharmaceutical USA, Inc., UCB Pharma, Inc., UDL Laboratories, Inc., Warrick Pharmaceuticals Corp., Watson Pharma, Inc., Watson Pharmaceuticals, Inc., Wyeth, Abbott Laboratories, Inc., Agouron Pharmaceuticals, Inc.. (ban) (Entered: 06/09/2005) |
| 06/08/2005 | 2 | G.O. 25 FILING ORDER ISSUED Initial Conference set for 10/6/2005 10:30 AM in Syracuse before Magistrate Judge David E. Peebles. Civil Case Management Plan due by 9/26/2005. (ban) (Entered: 06/09/2005) |
| 07/29/2005 | 3 | NOTICE advising of Conditional transfer order by MDL; Case styed pending further notice (kcl, ) (Entered: 08/01/2005) |
| 08/11/2005 | | NOTICE to plaintiff's counsel that the Rule 16 Conference scheduled for 10/6/05 at 10:30 AM in Syracuse before Judge Peebles has been canceled. This case has been stayed per the conditional transfer notice filed w/ this court3 which states that this case will soon be transferred to the MDL. Case will remain open until the transfer order is filed w/ this court. (sal, ) (Entered: 08/11/2005) |
| 12/13/2005 | 4 | NOTICE from Judicial Panel on MDL advsing the Clerk of the District of MA that the 15 day stay period has passed; The transferee clerk shall submit a certified copy of the transfer Order to the Transferor Court (kcl, ) (Entered: 12/13/2005) |
| 12/13/2005 | 5 | MDL ORDER TRANSFERRING CASE to District of Massachusetts;Clerk sent Certified copy of docket sheet and transferring order (kcl, ) (Entered: 12/13/2005) |